**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE**

**CIVIL CASE NO. 22-64-DLB-CJS**

**CITY OF PIKEVILLE**                                                      **PLAINTIFF**

**v.**                            <u>**JUDGMENT**</u>

**CEBRIDGE ACQUISITION, LLC, et al.**                           **DEFENDANTS**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) Defendants' Motion to Dismiss (Doc. # 38) is **GRANTED**. **Judgment** is entered **in favor the Defendants**;

(2) Plaintiff's Complaint (Doc. # 36) is **DISMISSED WITH PREJUDICE**; and

(3) This matter is stricken from the Court's active docket.

This 15th day of August, 2023.



Signed By:
<u>David L. Bunning</u> *DB*
United States District Judge

K:\DATA\ORDERS\PikeCivil\2022\22-64 Judgment.docx